## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WEST LUMBERTON BAPTIST CHURCH, CURRIE CHAIN SAW, INC., C.J.M. VENTURES, INC., WILLIAM LOCKLEAR, D/B/A STRICKLAND'S BARBERSHOP, TBL ENVIRONMENTAL LABORATORY, INC., SAMMY'S AUTO SALES, INC., LINDA SAMPSON, and ERIC CHAVIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 7:18-cv-00178 |
| vs. | ) ) | |
| CSX CORPORATION; CSX TRANSPORTATION, INC.; CSX INTERMODAL TERMINALS, INC., | ) ) ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: <u>West Lumberton Baptist Church, Currie Chain Saw, Inc., C.J.M. Ventures, Inc., William Locklear, d/b/a Strickland's Barbershop, TBL Environmental Laboratory, Inc., Sammy's Auto Sales, Inc., Linda Sampson, and Eric Chavis, individually and on behalf of all others similarly situated</u>.

October 5, 2018.                    Respectfully submitted,

/s/ *Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

Martha Geer
N.C. Bar No. 13972
**COHEN MILSTEIN SELLERS &
 TOLL PLLC**
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
Telephone:  (919) 890-0560
Facsimile:   (919) 890-0567
Email:  mgeer@cohenmilstein.com

*Counsel for all Plaintiffs*