UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JIMMY EDWARDS, ROBERT HUNT, )
DOLORES HUNT, CLIFFORD MCKELLAR, JR., )
and EMMA MCKELLAR, on behalf of themselves )
and all others similarly situated, )
                                    )
                          Plaintiffs, )
                                    )
         v. )
                                    )
CSX TRANSPORTATION, INC., )
                      Defendant. )

**JUDGMENT**

7:18-CV-211-BO

ANTOINETTE MOORE, individually and on )
behalf of all others similarly situated, )
                                    )
                          Plaintiff, )
                                    )
         v. )
                                    )
CSX TRANSPORTATION, INC., )
                      Defendant. )

7:18-CV-177-BO

WEST LUMBERTON BAPTIST CHURCH, )
CURRIE CHAINSAW, INC., C.J.M. VENTURES, )
INC., WILLIAM LOCKLEAR d/b/a )
STRICKLAND'S BARBERSHOP, TBL )
ENVIRONMENTAL LABORATORY, INC., )
SAMMY'S AUTO SALES, INC., LINDA )
SAMPSON, and ERIC CHAVIS, individually and )
on behalf of all others similarly situated, )
                                    )
                          Plaintiffs, )
                                    )
         v. )
                                    )
CSX TRANSPORTATION, INC., )
                      Defendant. )
                                    )

7:18-CV-178-BO

**Decision by Court.**
This matter is before the Court on defendant's motions to dismiss plaintiffs' complaint and amended complaint. [DE 23, 35]. Defendant has also moved for leave to file excess pages [DE 40] and plaintiffs have moved to appoint lead counsel and a steering committee for the putative class [DE 43].

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's first motion to dismiss [DE 23] is DENIED AS MOOT, defendant's second motion to dismiss [DE 35] is GRANTED, defendant's motion for leave to file excess pages [DE 40] is GRANTED, and plaintiffs' motion to appoint lead counsel and a steering committee [DE 43] is DENIED AS MOOT. Plaintiffs' amended complaint is DISMISSED.

This case is closed.


**This judgment filed and entered on July 16, 2019, and served on:**
Matthew Schultz (via CM/ECF Notice of Electronic Filing)
William F. Cash, III (via CM/ECF Notice of Electronic Filing)
Danielle L. Perry (via CM/ECF Notice of Electronic Filing)
Gary E. Mason (via CM/ECF Notice of Electronic Filing)
Gregory F. Coleman (via CM/ECF Notice of Electronic Filing)
Jeremy Richard Williams (via CM/ECF Notice of Electronic Filing)
Lisa A. White (via CM/ECF Notice of Electronic Filing)
Matthew E. Lee (via CM/ECF Notice of Electronic Filing)
Scott C. Harris (via CM/ECF Notice of Electronic Filing)
William A. Ladnier (via CM/ECF Notice of Electronic Filing)
Daniel K. Bryson (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Martha A. Greer (via CM/ECF Notice of Electronic Filing)
Theodore J. Leopold (via CM/ECF Notice of Electronic Filing)
Adam J. Langino (via CM/ECF Notice of Electronic Filing)
Jay J. Chaudhuri (via CM/ECF Notice of Electronic Filing)
Henry Kitchin, Jr. (via CM/ECF Notice of Electronic Filing)
April N. Ross (via CM/ECF Notice of Electronic Filing)
Scott L. Winkelman (via CM/ECF Notice of Electronic Filing)


                              PETER A. MOORE, JR., CLERK

July 16, 2019

                              /s/Lindsay Stouch
                              By: Deputy Clerk